IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **EMPLOYERS AND LABORERS LOCALS 100 AND 397 PENSION FUND,** *an employee benefit plan*, et al.,<br><br>    **Plaintiffs,**<br><br>v.<br><br>**CJ HAMILTON, LLC,**<br><br>    **Defendant.** | Case No. 23-CV-03518-SPM |

## <u>DEFAULT JUDGMENT</u>

  This civil case arises under the Employee Retirement Income Security Act of 1974, 29 U.S.C. §§ 1002–1193c ("ERISA"). This case was originally assigned to Magistrate Judge Mark A. Beatty on October 31, 2023 in accordance with Administrative Order 347. (*See* Doc. 2). The case was then stayed from April 2, 2024 (Doc. 13) until January 8, 2025 (Doc. 28) while the parties attempted to negotiate a settlement. After settlement discussions broke down, the Plaintiffs filed a Motion for Entry of Default on January 10, 2025 (Doc. 29); the Clerk of Court entered default on January 14, 2025 (Doc. 30). Now before the Court is the Plaintiffs' Motion for Default Judgment against Defendant CJ Hamilton, LLC (Doc. 33). This case was referred to this Court on November 10, 2024. (Doc. 40). For the reasons below, the Plaintiffs' Motion is **GRANTED** and Default Judgment is hereby **ENTERED**.

  There are two stages to default. First, the Clerk of Court must enter a party's default "[w]hen a party against whom a judgment for affirmative relief has failed to

plead or otherwise defend, and that failure is shown by affidavit or otherwise." FED. R. CIV. P. 55. Then, the Court may enter a default judgment for the amount due. *Id*. As noted *supra*, the Clerk of Court entered Defendants' default on January 14, 2025. (*See* Doc. 30). Plaintiff has provided evidence showing that Defendants failed to make monthly contributions as required by the labor agreement and has provided damages of a sum certain. (*See* Doc. 33, Exs. A, F). It is therefore appropriate for the Court to enter a default judgment.

Accordingly, **IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiffs have a judgment against Defendant CJ Hamilton, LLC in the total amount of $30,568.18, consisting of $23,688.97 in delinquent fringe benefit contributions, $2,368.89 in liquidated damages, and $4,510.32 in attorneys' fees and court costs.

**IT IS SO ORDERED.**

**DATED: November 17, 2025**

        **s/ *Stephen P. McGlynn*** 
        **STEPHEN P. McGLYNN** 
        **U.S. District Judge**